18133.  LOUISVILLE & NASHVILLE RAILROAD CO. *v.* LUSK.

BROYLES, C. J.  1. "The testimony of a party who offers himself as a witness in his own behalf is to be construed most strongly against him, when it is self-contradictory, vague, or equivocal.  And unless

---

Evidence, 23 C. J. p. 50, n. 61; p. 51, n. 72 New.

there be other evidence tending to establish his right to recover, he is not entitled to a finding in his favor, if that version of his testimony the most unfavorable to him shows that the verdict should be against him." *Long Cigar & Grocery Co.* v. *Harvey,* 33 *Ga. App.* 236 (2), 237 (125 S. E. 870), and cit.

2. Under the above-stated ruling and the facts of the instant case, the plaintiff was not entitled to recover, and the verdict in his favor was contrary to law and the evidence.

*Judgment reversed. Luke and Bloodworth, JJ., concur.*

DECIDED JULY 14, 1927.

Damages; from Bartow superior court—Judge Tarver. February 14, 1927.

*Tye, Peeples & Tye, Neel & Neel,* for plaintiff in error.

*J. R. Whitaker,* contra.